UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

OCTAVIO CHAVEZ-RAMOS,

          Defendant.
_____/

Case No. 25-20336

Jonathan J.C. Grey
United States District Judge

David R. Grand
United States Magistrate Judge

## REPORT, FINDINGS, AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA

**I.  REPORT AND FINDINGS**

On April 23, 2025, defendant Octavio Chavez-Ramos ("Chavez-Ramos") was charged in a criminal complaint with unlawful re-entry into the United States after having previously been removed, in violation of 8 U.S.C. § 1326(a).  (ECF No. 1).  On May 8, 2025, he was indicted on that same charge.  (ECF No. 9).  Chavez-Ramos was arraigned the next day and entered a plea of not guilty.

On May 28, 2025, Chavez-Ramos consented to proceed with a plea hearing before the undersigned, and the hearing was held on that day in the duty court courtroom.[1] Chavez-Ramos and his counsel appeared before me[2] and Chavez-Ramos, without the benefit of any plea agreement, pled guilty to Count One of the indictment, unlawful re-

---

[1] The Honorable Jonathan J.C. Grey referred that matter to the undersigned pursuant to 28 U.S.C. §§ 636(b).  (ECF No. 15).

[2] A sworn Spanish language interpreter interpreted the proceeding for Chavez-Ramos.

entry into the United States, in violation of 8 U.S.C. § 1326(a).  In open court, I examined Chavez-Ramos under oath, and advised and questioned him regarding each of the inquiries prescribed by Rule 11(b) of the Federal Rules of Criminal Procedure.  Following the questioning, Chavez-Ramos unequivocally testified that he wished to enter a guilty plea.

Based upon Chavez-Ramos' answers and demeanor, **I HEREBY FIND** that: (1) Chavez-Ramos is competent to enter a plea; (2) Chavez-Ramos understands the charge against him, desires to plead guilty to that charge, and entered such plea knowingly, intelligently, and voluntarily, without coercion; and (3) the offense to which Chavez-Ramos pleaded guilty is supported by an independent basis in fact establishing each of the essential elements of the offense.  Therefore, I have ordered the preparation of a presentence investigation report.

## II.     RECOMMENDATION

For the reasons set forth above, **IT IS RECOMMENDED** that Chavez-Ramos' guilty plea be accepted, Chavez-Ramos be adjudged guilty of the offense charged, and that the Court impose the sentence it determines is appropriate.

Dated: May 29, 2025　　　　　　　　　　　　　　s/David R. Grand
Detroit, Michigan　　　　　　　　　　　　　　　DAVID R. GRAND
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report, Findings, and Recommendation but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1), Fed. R. Crim. P. 59(b)(2), and E.D. Mich.

LR 72.1(d)(1).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of HHS*, 932 F.2d 505, 508 (6th Cir.1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir.1981). The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir.1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir.1987).  Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.

A party may respond to another party's objections within 14 days after being served with a copy.  *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. §636(b)(1).  Any such response should be concise, and should address specifically, and in the same order raised, each issue presented in the objections.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 29, 2025.

    s/Carolyn Ciesla
    CAROLYN CIESLA on behalf of
    EDDREY O. BUTTS
    Case Manager