UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,	Case No. 25-20336
	Hon. Jonathan J.C. Grey
v.	Mag. Judge David R. Grand

OCTAVIO CHAVEZ-RAMOS,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE GRAND'S REPORT, FINDINGS, AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA (ECF No. 16)

On May 28, 2025, this Court, with the consent of the parties, referred this criminal case to United States Magistrate Judge David R. Grand to conduct a plea hearing. (ECF No. 15.) On May 29, 2025, the Magistrate Judge filed his Report & Recommendation. (ECF No. 16.) No objections have been filed.

This Court, having thoroughly reviewed the Magistrate Judge's Report & Recommendation, finds that the Magistrate Judge satisfied all requirements of Federal Rule of Criminal Procedure 11 by finding the following:

(1) that Defendant Octavio Chavez-Ramos was competent to enter a plea;

(2) that Chavez-Ramos knowingly and voluntarily wished to enter a plea of guilty to count one of the indictment, unlawful re-entry into the United States, in violation of 8 U.S.C. § 1326(a);

(3) that Chavez-Ramos understood the charge;

(4) that a factual basis for the charge existed; and

(5) that the Court should accept the plea of guilty.

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated May 29, 2025 (ECF No. 16) is **ADOPTED** and Chavez-Ramos' plea of guilty conforms to all applicable provisions of Fed. R. Crim. P. 11 and the Constitution.

**IT IS FURTHER ORDERED** that Chavez-Ramos' plea of guilty is **ACCEPTED** and a finding of guilty shall be entered.

SO ORDERED.

Date: June 23, 2025

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 23, 2025.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager